UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO: 8:89-cr-232-T-26EAJ

ROBERT LEE LANE
#01595-018
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report, as well as the parties' Joint Stipulation (Dkt. 143), the Court finds and concludes that Defendant is not eligible for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

**DONE AND ORDERED** at Tampa, Florida, on March 28, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant